Frank N. Lee, Esq. (SBN 122230)
LAW OFFICE OF FRANK N. LEE
3435 Wilshire Blvd., Suite 450
Los Angeles, CA 90010
franknlee@gmail.com
(213) 487-9777 (tel) (213) 487-9776 (fax)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT & PEPPER CLOTHING, INC., a California Corporation<br><br>PLAINTIFF(S)<br>v.<br>BANJUL, INC., a California Corporation, CARMEN DENIM, INC., a California Corporation, SHOPTIQUES, INC., a Delaware Corporation and DOES 1-10 inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-cv-7345<br><br>**SUMMONS** |

TO: DEFENDANT(S): <u>BANJUL, INC., a California Corporation, CARMEN DENIM, INC., a California Corporation, SHOPTIQUES, INC., a Delaware Corporation and DOES 1-10 inclusive</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☑ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Frank N. Lee, Esq. SBN 122230</u>, whose address is <u>LAW OFFICE OF FRANK N. LEE 3435 Wilshire Blvd., Suite 450 Los Angeles, CA90010</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____    By: _____
                                       Deputy Clerk

                                       (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*