Frank N. Lee, Esq. (SBN 122230)
franknlee@gmail.com
Law Office of Frank N. Lee
3435 Wilshire Blvd., Suite 450
Los Angeles, California 90010
Telephone: (213) 487-9777
Facsimile:  (213) 487-9776

Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT AND PEPPER CLOTHING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANJUL, INC., a California corporation; et al.,<br><br>Defendants. | Case No.:  2:16-cv-07345-R-KS<br>*The Honorable Manuel L. Real, Presiding*<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

ORDER:

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. This Complaint is to be dismissed <u>with prejudice</u>; and
2. The parties are to bear their own attorneys' fees and costs of suit as incurred against one another.

1

<u>IT IS SO ORDERED</u>.

Dated: July 31, 2017   By: _____
HON. MANUEL L. REAL
U.S. DISTRICT COURT JUDGE